**Frederick ROBINSON,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 83102.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 21, 2004.

Jo Ann Rotermund, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea K. Spillars and Shaun J. Mackelprang, Asst. Attys. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

The movant, Frederick Robinson, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. The trial court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth the reasons